IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DONALD MCCOY, JR. | : Case No. 1:21-cv-01392 |
| Plaintiff, | : Judge: J. Philip Calabrese |
| v. | |
| O.E. MEYER CO., ETC., ET AL. | : **ORDER DISMISSING CASE** |
| Defendants | : |

The parties hereto, by and through counsel, hereby represent to the court that all matters pertaining to this case have been resolved and that the matter should be dismissed in its entirety with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED this action is dismissed in its entirety, with prejudice, at the cost of the defendant. Notwithstanding this dismissal, the court retains jurisdiction for the purpose of enforcing the terms of the settlement.

 January 19, 2022
_____          _____
Date                                                                      Judge

APPROVED:

/s/ Andrew D. Pappert                              /s/Paul R. Bonfiglio
Andrew D. Pappert                                   Paul R. Bonfiglio
Attorney for Plaintiff                                  Attorney for Defendants
Donald McCoy, Jr.                                   O.E. Meyer Company, Paul Revolinsky
                                                                  And Marty Matakovich